AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| Metro. Gov't of Nashville and Davidson Cnty., et al.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 26-cv-02886 |
| U.S. Department of Homeland Security, et al.<br>*Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Metro. Gov't of Nashville & Davidson Cnty.; Harris Cnty, Texas; Columbus, Ohio; El Paso Cnty., Texas .

Date: 08/19/2026

/s/ Graham Provost
*Attorney's signature*


Graham Provost (DC Bar No. 1780222)*
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
* Not admitted in CA
*Address*

graham.provost@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*


Print Save As... Reset