**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*,<br><br>*Plaintiffs*,<br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Case No. 1:26-cv-02886-AHA |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Metropolitan Government of Nashville & Davidson County, Tennessee; Harris County, Texas; and City of Columbus, Ohio.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Eliza Sweren-Becker*______

Eliza Sweren-Becker*
NY Bar No. 5424403
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 925-8765
Fax: (212) 463-7308
sweren-beckere@brennan.law.nyu.edu

**Admitted pro hac vice*