AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

Metro. Gov't of Nashville and Davidson Cnty., et al.
*Plaintiff*
v.
U.S. Department of Homeland Security, et al
*Defendant*

Case No. 1:26-cv-02886

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Metro.Gov'tof Nashville & Davidson Cnty.; Harris Cnty, Texas; and Columbus, Ohio .

Date: 08/27/2026

/s/ Derek Tisler
*Attorney's signature*

Derek Tisler, NY Bar No. 5761853
*Printed name and bar number*

Brennan Center for Justice
120 Broadway, Suite 1750
New York, NY 10271
*Address*

tislerd@brennan.law.nyu.edu
*E-mail address*

(646) 292-8310
*Telephone number*

*FAX number*