**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Case No. 1:26-cv-02886-AHA

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Metropolitan Government of Nashville & Davidson County, Tennessee; Harris County, Texas; and City of Columbus, Ohio.

Dated: August 27, 2026

Respectfully submitted,

*/s/ Lauren Miller Karalunas*______
Lauren Miller Karalunas*
IL Bar No. 6330141
NY Bar No. 6063903
BRENNAN CENTER FOR JUSTICE AT NYU SCHOOL OF LAW
120 Broadway, Suite 1750
New York, NY 10271
Tel: (646) 292-8339
Fax: (212) 463-7308
millerl@brennan.law.nyu.edu

**Admitted pro hac vice*