UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.<br><br>Defendants. | Civil Action No. 26-2886 (AHA) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney David S. Bettwy as counsel for Defendants in this action.

Dated: August 28, 2026
Washington, DC

Respectfully submitted,

*/s/ David S. Bettwy*

DAVID SHEA BETTWY, D.C. Bar #155148
Assistant United States Attorney
601 D Street, NW
Washington, DC 20530
Phone: (202) 252-2410
Email: David.Bettwy@usdoj.gov

*Attorney for the United States of America*