AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Metropolitan Government of Nashville and Davidson County, Tennessee et al.
*Plaintiff*
v.
U.S. Dept. of Homeland Security et al.
*Defendant*

Case No. 1:26-cv-02886

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Harris County, Texas .

Date: 08/31/2026

/s/ Edward D. Swidriski III
*Attorney's signature*

Edward D. Swidriski III
D.D.C. Bar ID TX0089; Texas Bar No. 24083929
*Printed name and bar number*

Office of the Harris County Attorney
1010 Lamar, 11th Floor
Houston, Texas 77002
*Address*

edward.swidriski@harriscountytx.gov
*E-mail address*

713-274-5101
*Telephone number*

*FAX number*