**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;<br><br>*Defendants*. | Case No. 1:26-cv-02886 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Expedited Summary Judgment Briefing and Consideration, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and it is further

**ORDERED** that Plaintiffs' motion for partial summary judgment is due on September 1, 2026; Defendants' opposition is due on September 11, 2026; and Plaintiffs' reply is due on September 16, 2026.

/s/
Amir Ali
U.S. District Court Judge