**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al*.
*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,
*Defendants*.

No. 1:26-cv-02886-AHA

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Expedited Summary Judgment Briefing, ECF No. 21, and Defendants' Opposition and Cross-Motion for Entry of a Dispositive Motion Schedule, it is hereby

ORDERED that Plaintiffs' Motion is DENIED; and it is further

ORDERED that Defendants' motion is GRANTED, and Defendants' opposition to Plaintiffs' motion for partial summary judgement and cross motion is due 14 days after Plaintiffs' file their motion for partial summary judgment.

/s/
Amir Ali
U.S. District Court Judge