**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;<br><br>*Defendants*. | Case No. 1:26-cv-02886 (AHA) |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Unopposed Motion for a Public Access Line, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**.

/s/
Amir Ali
U.S. District Court Judge