AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

METROPOLITAN GOV'T OF NASHVILLE, et al.
*Plaintiff*
v.
U.S. DEP'T OF HOMELAND SECURITY, et al.
*Defendant*

Case No. 1:26-cv-02886

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

all Plaintiffs .

Date: 09/01/2026

/s/ Lynn Eisenberg
*Attorney's signature*

Lynn Eisenberg, DC Bar No. 1017511
*Printed name and bar number*

5100 Wisconsin Avenue, NW
Suite 301
Washington, DC 20016
*Address*

lynn@jacobsonlawyersgroup.com
*E-mail address*

(301) 388-5119
*Telephone number*

*FAX number*