AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

METROPOLITAN GOV'T OF NASHVILLE, et al.
*Plaintiff*
v.
U.S. DEP'T OF HOMELAND SECURITY, et al.
*Defendant*

Case No. 1:26-cv-02886

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Nashville, Harris County, City of Columbus, El Paso County, and Travis County .

Date: 09/01/2026

/s/ Jacek Pruski
*Attorney's signature*

Jacek Pruski, DC Bar No. 888325144
*Printed name and bar number*

Protect Democracy Project
2020 Pennsylvania Ave. NW, Suite # 163
Washington, DC 20006
*Address*

jacek.pruski@protectdemocracy.org
*E-mail address*

(202) 579-4582
*Telephone number*

*FAX number*

Print Save As... Reset