**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;<br><br>*Defendants*. | Case No. 1:26-cv-02886 (AHA) |

**DECLARATION OF MARIA CHAVEZ**
**ASSISTANT DIRECTOR OF BUDGET AND FINANCE FOR EL PASO COUNTY, TEXAS**

I, Maria Chavez, declare as follows:

## I. Background

1. I currently serve as Assistant Director of Budget and Finance for El Paso County (the "County"). I have held this position since March 23, 2026.

2. As Assistant Director of Budget and Finance, I oversee county budget development and financial planning. The role includes decision-making authority on budget allocations and grant funding, along with responsibility for ensuring financial support.

3. In describing the County's experience with the Homeland Security Grant Program (HSGP) I have consulted County records and colleagues who are familiar with the County's past and planned participation in the Homeland Security Grant Program (HSGP), including the State Homeland Security Program (SHSP), Law Enforcement Terrorism Prevention Activities (LETPA) and Operation Stonegarden (OPSG).

4. El Paso County is a multicultural and geographically distinct county. It is home to more than 800,000 residents, more than 82 percent of whom are Hispanic and more than 68 percent of whom speak a language other than English at home. It is the westernmost county of Texas and part of the largest border community on the Rio Grande.

5. El Paso County has regularly applied for and received funds from the HSGP, including LETPA and OPSG since federal fiscal year 2016 (county fiscal year 2017), and SHSP since federal fiscal year 2017 (county fiscal year 2018).

6. Recent SHSP and LETPA funds, such as the $156,410 awarded under LETPA in federal fiscal year 2025, the $41, 206 the County was awarded under LETPA for federal fiscal year 2024, as well as the $150,679 in SHSP and $124,473 in LETPA funds awarded in federal fiscal year 2023 have helped pay for much-needed equipment for the county sheriff's office's special teams, including items such as radios, protective gear, generators, and defibrillators. Recent OPSG funds, including $1.44 million awarded in federal fiscal year 2025 and $1.328 million awarded in federal fiscal year 2024 have paid for equipment and overtime for officers conducting border security operations.

7. Cumulatively, the County has received $13,174,100.82 in HSGP funding since federal fiscal year 2016 (county fiscal year 2017). During that period, the County has received a total of $1,297,291.68 in SHSP Regular funding, $586,452.23 in Law Enforcement Terrorism Prevention Activities (LETPA) funding through SHSP, and $11,290,356.91 in OPSG funding.

8. El Paso County, as in prior years, has been participating and preparing proposals to secure funding from HGSP for federal fiscal year 2026. Those processes are still ongoing.

### *II. Operation Stonegarden Funds*

9. As stated previously, the County has applied for and been awarded funds from OPSG since federal fiscal year 2016, county fiscal year 2017.

10. The application process for OPSG funds begins with a meeting U.S. Border Patrol holds with El Paso County law enforcement agencies between February and March of each year to discuss the following year's funding request. Each county-level agency prepares its own requested budget.

11. U.S. Border Patrol compiles the El Paso County agencies' requests into a county-wide request for internal approval. Once approved by U.S. Border Patrol, the request, or Operation Order, is sent to Office of the Governor.

12. Once FEMA approves the request, it sends a notification to Office of the Governor. The Office of the Governor then enters the information into the state eGrants system as an application and notifies county law enforcement agencies.

13. On or about February of the following year, the Office of the Governor notifies El Paso County that applications prepared by state personnel based on the information submitted by the County and other local law enforcement are ready for review in eGrants. The County's Grants Division coordinates with the El Paso County Sheriff's office as well as local Constables on the applications.

14. The completed applications must be approved by the El Paso County Commissioners' Court. Once approved, an application is submitted to the state once again through the Office of the Governor's eGrants system. Completed applications are usually submitted at the end of February.

15. Between April and July following the completion and approval of the County's application, county departments receive notifications of their final OPSG awards from the prior fiscal year. Those awards must then be approved by the El Paso County Commissioners Court before the County Grants Division can accept them in eGrants. The timing for OPSG

applications is such that the County was notified and approved an application in February of 2026 and was notified about an award in June 2026 from federal fiscal year 2025 funds.

16. OPSG funds strengthen the County's ability to prevent terrorism, targeted violence, and emerging threats by supporting critical personnel, equipment, and capabilities used by local officers and emergency responders. They enhance preparedness for the hazards that pose the greatest risk to El Paso County residents which sits on a binational border, improve coordination with state and federal partners, and ensure that law enforcement and emergency agencies have the resources needed to respond effectively to complex incidents.

17. For the County's current fiscal year, El Paso County was awarded and has plans to use $1.44 million in OPSG funds from federal FY 2025 to fund employees' overtime and purchase vehicles, license plate readers, and fuel.

18. OPSG typically funds key overtime staffing, equipment, and joint operations with federal partners, enabling hundreds of additional patrol hours each quarter. The program strengthens local-federal coordination, rapid response capabilities, and targeted enforcement in high-activity border areas.

19. A reduction in OPSG funds, would result in fewer patrols, decreased border-area coverage, and diminished overall readiness to assist in securing the region. This could create a serious gap in regional enforcement and leaving federal partners without essential support against cartel activity, human trafficking, and drug smuggling.

20. For the County's next fiscal year, El Paso County has prepared proposals for an estimated $1,759,802 in OPSG funds

## III. State Homeland Security Program & Law Enforcement Terrorism Prevention Activities Funds

21. In Texas, the Office of the Governor publishes notifications of funding opportunities for SHSP and LETPA funds at the beginning of December. El Paso County's grants division subsequently notifies county departments and begins to coordinate with them on applications.

22. El Paso County and other local governments then prepare and submit applications in response to the Office of the Governor's announcement for SHSP and LETPA funds.

23. In Texas, in addition to submitting the application, local SHSP and LETPA applicants must also coordinate with their regional Council of Governments, which sets priority levels for each of the grant applications. El Paso County belongs to the Rio Grande Council of Governments.

24. In April, SHSP applicants present to their regional Council's First Responders Preparedness Planning Group, which then rates the priority level of the applications. In May, SHSP applicants receive notice of Council's priority list with the applicants and amounts that will be recommended to the state for funding.

25. Between September and November, applicants receive notification of an award from the Office of the Governor.

**26.** Over the last ten years, SHSP and LETPA have awarded El Paso County an average of $129,729 in SHSP funds, and an average of $58,645 in LETPA funds, based on awards shown below in Table 1**.**

27. SHSP and LETPA funds have supported equipment and technology, including much-needed equipment for the county sheriff's office's special teams, including items such as

radios, protective gear, generators, and defibrillators. For example, the County plans to use SHSP funds from federal fiscal year FY2025 to purchase night vision kits, microphones and earpieces, generators, trailers, ATVs, and rescue harnesses. These items are vital for communication, safety, and lifesaving operations.

LETPA funding supports El Paso County's counterterrorism and threat-prevention capabilities by providing targeted resources for specialized training, intelligence sharing, investigative tools, and equipment that help law enforcement detect and deter terrorism-related threats. These funds commonly support a large portion of annual counterterrorism training and help sustain critical systems used by fusion centers for daily information-sharing activities.

## IV. FY 2026 HSGP Applications

28. El Paso County has submitted proposals for $1.287 million in OPSG funds for federal fiscal year 2026, as well as $157,534 for each of the precinct Constables 1, 4 and 6, to provide funds for overtime, equipment (vehicles and license plate readers) and fuel cost reimbursement for operational purposes to the County, for the purpose of enhancing border security. These funds will support increased coordination and collaborative efforts among law enforcement agencies by promoting a layered and coordinated approach to law enforcement.

29. Based on past participation in the program, County expects this award is likely but recognizes the amount may change once the federal Border Patrol gets the final funding amount around December 2026-Februay 2027, which may change from the total is $1,759,802 requested for both the Sherriff's Office and three Constables in Precinct 1, 4, and 6.

30. El Paso County has submitted applications for $100,431 for SHSP for federal fiscal year 2026 for defibrillators and protective masks. These funds will supply the El Paso County Sheriff's Office (EPCSO) special response teams with the proper equipment and

technology for the Crisis Negotiation Team (CNT), Special Weapons and Tactics (SWAT) team, and Search and Rescue Team (SAR).

31. El Paso County has submitted applications for $73,641 in LETPA funds for federal fiscal year 2026 ballistic helmets, backpacks, tactical helmet, rescue harness, rappelling gloves, first aid kits, tourniquets, and radio pouches. This equipment will enhance and sustain tactical response, crisis negotiation, and search and rescue capabilities by funding equipment that will strengthen responder safety, improve operational coordination, enhance technical rescue capability, and increase immediate lifesaving medical intervention capacity.

32. The Rio Grande Council of Governments prioritization of the County's applications for SHSP and LETPA funds was consistent with the priority placed on applications for which El Paso Country received awards in prior years.

33. Based on the County's past participation with the programs the Council of Governments priorities, the County expects a SHSP award of $100,431 for FY2027, and a LETPA award of $73,641.06 for FY2027.

**Total HSGP penalty amounts**

34. Twenty percent of the County's anticipated FY 2026 HSGP award is $351,960 for OPSG, $14,728 for LETPA and $20,086 for SHSP, for a total of $386,774.

35. SHSP funds have provided critical equipment for the Sheriff's Office special teams, including radios, protective gear, generators, and defibrillators—items vital for communication, safety, and lifesaving operations. Without SHSP support, equipment purchases or upgrades would not occur, leaving teams under-equipped, reducing operational effectiveness, and weakening overall county readiness during emergencies and high-risk incidents.

36. LETPA provides targeted resources for specialized training, intelligence sharing, investigative tools, and equipment that help law enforcement detect and deter terrorism-related threats. These funds commonly support a large portion of annual counterterrorism training and help sustain critical systems used by fusion centers for daily information-sharing activities. The loss of LETPA funding would significantly weaken El Paso County's counterterrorism and threat-prevention capabilities. Without LETPA, specialized units would have fewer resources to identify emerging threats, reducing the County's ability to maintain a strong and proactive counterterrorism posture.

37. A delay or loss of up to 20 percent of SHSP and/or LETPA funds would either mean reducing the supplies or equipment or create costs that would have to be absorbed by the General Fund, which could cause the County to exhaust contingency funds, potentially causing the County to forego other grant opportunities, and ultimately impact the County's ability to maintain essential emergency preparedness and response capabilities.

38. OPSG funding supports key overtime staffing, equipment, and joint operations with federal partners, enabling hundreds of additional patrol hours each quarter. The program strengthens local-federal coordination, rapid response capabilities, and targeted enforcement in high-activity border areas. Without OPSG funding, El Paso County would face a major reduction in its ability to support border-security operations. Losing OPSG would force local agencies to absorb costs they cannot sustain, resulting in fewer patrols, decreased border-area coverage, and diminished overall readiness to assist in securing the region.

39. Losing access to 20 percent of OPSG would reduce overtime hours for border patrol and cause a reduction in El Paso County's ability to support border-security operations.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2026

/s/ Maria Chavez
Assistant Director Budget & Finance Dept.
El Paso County

**Table 1: El Paso County Grant Awards by Program for County Fiscal Years 2017–2026**

| El Paso County FY | OPSG | LETPA | SHSP | TOTAL |
|---|---|---|---|---|
| 2026 | 1,440,726 | 156,410 | 0 | **1,597,136** |
| 2025 | 1,328,043 | 41,206 | 0 | **1,369,249** |
| 2024 | 1,607,000 | 26,590 | 150,679 | **1,784,269** |
| 2023 | 1,694,959 | 124,473 | 210,000 | **2,029,432** |
| 2022 | 1,741,608 | 0 | 210,000 | **1,951,608** |
| 2021 | 870,999 | 126,056 | 198,303 | **1,195,358** |
| 2020 | 843,630 | 11,000 | 108,139 | **962,769** |
| 2019 | 716,706 | 0 | 210,085 | **926,791** |
| 2018 | 511,868 | 0 | 210,085 | **721,953** |
| 2017 | 534,818 | 100,718 | 0 | **635,536** |
| **TOTAL** | **11,290,357** | **586,453** | **1,297,291** | **13,174,101** |