**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;

*Defendants*.

Case No. 1:26-cv-02886 (AHA)

**DECLARATION OF DASHIELL DANIELS**

I, Dashiell Daniels, declare as follows:

**I. Background**

1. I currently serve as Grants Administrator for Travis County (the "County"). I have held this position since August 21, 2023.

2. As Grants Administrator, I am independently responsible for directing, managing, and planning the activities of the Grants Administration division in consultation with the Intergovernmental Relations Officer. I directly supervise grants managers on contractual, programmatic, and financial matters involving grant awards and partnership agreements. I make presentations directly to Commissioners Court in public and interact with Elected and Appointed Officials concerning their grant applications and projects. I identify, discuss, and remedy compliance issues for the countywide grant portfolio. I make primary recommendations directly to the Commissioners Court on more efficient procedures for countywide grant operations and am responsible for creating and maintaining countywide policies and procedures that govern the

use of grant funds. Finally, I represent Travis County in meetings with external organizations providing or receiving grant funding through Travis County.

3. As Grants Administrator, I am responsible for overseeing the County's processes in applying for and administering HSGP funds since 2023. The County has been eligible for HSGP funds under the Urban Area Security Initiative ("UASI") since 2023.

4. Prior to my role as Grants Administrator, I served as a Planning and Budget Analyst with direct responsibility for analysis and recommendations regarding the Emergency Services Department's annual budget, as well as grant awards under both the Coronavirus Relief Fund and the State and Local Fiscal Recovery Fund.

5. The County is located in Texas and serves approximately 1,363,767 residents.

6. Homeland security and emergency response capabilities are of utmost importance for the County. As of 2021, the County is home to an estimated 338,091 vulnerable or sensitive populations (defined as youth under the age of 5, elderly over the age of 65, or individuals below the poverty level). The County also has significant critical infrastructure including emergency response services, hospitals, medical centers, airports, academic institutions, animal shelters, residential/assisted living facilities, commercial suppliers, utility services and infrastructure including electric, water, wastewater, and communications infrastructure. The County also has major events each year that bring hundreds of thousands of people to the region, including Texas Longhorns football games, South by Southwest, Austin City Limits, and the Circuit of the Americas. All these elements require significant emergency response coordination and capabilities to keep County residents and visitors safe.

**II. The County's HSGP Grants**

7. The County has participated in the HSGP since approximately 2024. During that period, the County has been appropriated approximately $433,595 in HSGP funding through the Urban Area Security Initiative (UASI). For the FY2026 award, Travis County has been appropriated $260,975.

8. The County is part of a regional working group (colloquially called the Austin Urban Area Working Group, or "AUAWG") that includes the County, Williamson County, Hays County, the City of Austin, and the City of Round Rock as part of its governance structure. The AUAWG establishes the procedure and priorities for using funds from the UASI grant program for the region. This process includes an involved procedure for submitting and appropriating funds for projects. Generally, in February of each year, organizations within the Austin-Round Rock-Georgetown Metropolitan Statistical Area submit project funding requests through the Office of the Governor's eGrants system, along with a submission to the AUAWG. For the County, this includes a process where Grants Administration brings a request for consideration to the Travis County Commissioners Court. If approved, Grants Administration submits the project in eGrants. Then, in March, the AUAWG committees meet and prioritize projects based on regional security needs. This is an involved process that includes communication and debate on what is most needed at the time. Once the committees have completed their prioritization, the AUAWG governance committee meets and finalizes those prioritizations and submits the prioritized projects to the Office of the Governor. Then, usually in July, the Office of the Governor will approve projects for funding through the eGrants system. The usual performance period for an award is one year, from September 1 to August 31 of each year in alignment with the state fiscal year. Awards for County-implemented projects released by the Office of the

Governor then must return to the Travis County Commissioners Court for final approval before work can begin, usually within three weeks after release by the Office of the Governor.

9. HSGP funds have supported equipment and technology, including mobile panic buttons for use at polling sites and robotic repeater switches for use in law enforcement activities. Without those funds, the security capacity of both the County Clerk's Office and the Travis County Sheriff's Office would be negatively impacted.

10. HSGP funds have supported training and exercises, including security trainings for election staff to understand the process and steps needed if there is an active security threat at a polling location. Those activities prepare county personnel to better respond to security challenges during elections.

**III. The FY 2026 HSGP Award**

11. The County expects to receive FY 2026 HSGP funds because the AUAWG has collectively prioritized two County-implemented projects.

12. The County applied for $307,585 in FY2026 HSGP grant funds through UASI, and was appropriated $260,975 following the AUAWG's process.

13. The County's proposals for the FY 2026 HSGP funds include an iCOR Mini Robot and MPU5 Radio Repeater for use during security events.

14. Twenty percent of the County's anticipated FY 2026 HSGP award is $52,195.

15. Losing access to twenty percent of the County's anticipated FY 2026 HSGP award would mean the inability to purchase the robot and radio repeater for security events.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026

DocuSigned by:
/s/ ____________________
236D2766331B464...
Dashiell Daniels
Grants Administrator
Travis County, Texas