IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;<br><br>*Defendants*. | Case No. 1:26-cv-02886 (AHA) |

**DECLARATION OF SCOTT T. FORSTER**
Chief of Emergency Services,
Office of Homeland Security & Emergency Management, Dallas County, Texas

I, Scott T. Forster, pursuant to 28 U.S.C. § 1746, declare as follows:

## I. Background

1. I currently serve as the Chief of Dallas County Homeland Security & Emergency Management ("DCHSEM"). DCHSEM is a department of Dallas County, Texas. DCHSEM is responsible for management of a county-wide emergency management program and a homeland security program and manages the county emergency operations center (EOC). The DCHSEM office works with municipalities, state/federal agencies, partners, NGOs, volunteer groups and others to provide emergency protective actions for the 2.6 million residents of Dallas County, Texas.

2. DCHSEM office manages an annual budget of over $1.1 million and employs 12 full time and part time staff. The mission of DCHSEM is to prepare for, respond to, recover from and mitigate any disaster, emergency, or terrorism event.

## II. Homeland Security Program Grants in Dallas County

1. Between 2022 and present, the DCHSEM office has applied for several grants through the Homeland Security Grant Program ("HSGP") on behalf of the County. Between 2022 and 2026, DCHSEM, through the County, has applied for approximately a million dollars in funding through the HSGP, under the Urban Area Security Initiative ("UASI") grant. Attachment A hereto is a list of the HSGP UASI grants that the County has applied for between 2022 and 2026 and the amounts it has been awarded and expended.

2. The State of Texas HSGP UASI funding is handled by the Office of the Governor, Criminal Justice Division. Dallas County receives UASI grant funds under the regional allocation from the North Central Texas Council of Governments (NCTCOG) with guidance from the primary cities. Pursuant to the HSGP Notice of Funding Opportunity ("NOFO") for 2026, the grant funds for federal fiscal year 2026 for Dallas-Fort Worth-Arlington, TX is $15,462,065.

3. Of the approximately one million dollars the County has applied for between 2022-2024, it has received $716,592.51 in UASI grant funding. Additionally, for the federal FY2026 UASI grant, the County was allotted $170,761.97 in funding, which it has not yet received. And for the federal FY2025 UASI grant, the County was awarded $169,000.00 in UASI funding, which it has not received. Dallas County has used UASI funding for a range of purposes that may have a nexus to terrorism, including hazardous materials planning, cybersecurity, domestic violence extremism workshops, and election security. Dallas County expects to be allocated $175,000.00 in UASI funding for FY2026 and to use that funding for election security for sheriff's department overtime.

4. DCHSEM is not involved in the administration of Dallas County elections. The HSGP NOFO for 2026 includes a new section titled, "Election Security," which included, among

other things, requiring a plan for transitioning from electronic voting systems that utilize bar codes or QR codes to count votes to equipment that accepts hand-marked paper ballots, post-election manual audit requirements, and voter/ballot reconciliation.

5. The HSGP NOFO for 2026 would require agreeing to election related requirements that fall under the authority of the Dallas County Election Administrator to receive the full award under the grant. The County applies for and uses HSGP UASI funds for various departments, not just the Elections Department.

6. If the County does not agree to the 2026 HSGP UASI election related requirements, FEMA will withhold from drawdown an amount equal to 20% of the recipient's total HSGP UASI award until proof and verification of compliance with the FY2026 election related requirements.

7. The loss of twenty percent of the HSGP award would result in a reduction of public safety by reducing preparedness, response, recovery and mitigation efforts for terrorism, disasters, and safe, free, and fair elections.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on September 1, 2026, in Dallas, Texas.

*/s/ Scott T. Forster*
Scott T. Forster

Chief of Emergency Services, Office of
Homeland Security & Emergency Management,
Dallas County, Texas