**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, *et al.*<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*<br><br>*Defendants*. | Case No. 26-CV-2886 |

**DECLARATION OF TIMOTHY HENDERSON**

I, Timothy Henderson, declare as follows:

**I. <u>Background</u>**

1. This declaration is based on my own personal knowledge, experience, and review of relevant business records and information communicated to me, in the course of my official duties, by staff within the Nashville Fire Department, Metro Nashville Police Department, and Office of Emergency Management. If I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2. I am Deputy Director Chief for the Metropolitan Government of Nashville and Davidson County's ("Nashville") fire department, or Nashville Fire Department ("NFD"). I oversee Fire Operations, EMS Operations, Special Operations, Medical Quality Improvement, Training Academy, Planning – Staffing, Fire Quality Assurance, and Homeland Contingency. I have served in this position since 2018. I have held various positions at NFD since I began my career as a fire fighter in 1986. I also serve as District Chair for Tennessee Homeland Security District 5 ("District 5"). Tennessee Homeland Security Districts provide organized, coordinated multi-county teams that maximize efforts

to prevent, protect against, and respond to manmade or natural incidents. District 5 is made up of seven (7) counties: Sumner, Trousdale, Wilson, Cannon, Rutherford, Williamson, and Davidson. In this position, I hold meetings for the District, oversee committee chairs, and assist with grant applications, including recommending what projects the grants should fund.

3. Nashville is a rapidly growing metropolitan area with more than 700,000 residents that also welcomes a steady stream of tourists. Nashville hosts numerous high-profile visitors, including the President and Vice President, as well as large-scale events, including CMA Fest, professional and collegiate sporting events, and events tied to the Grand Ole Opry's 100th Anniversary. Further, Nashville has suffered both natural and manmade disasters, including tornadoes and flooding as well as a 2020 Christmas Day bombing that devastated a downtown city block. Protecting Nashville requires coordination and assistance from multiple local agencies, including NFD, Metro Nashville Police Department, and Office of Emergency Management. These departments rely on federal grant funding for a variety of needs, including keeping up with technological advances and providing essential trainings to ensure the safety of both citizens and tourists of Nashville and the surrounding area.

4. Nashville routinely applies for federal funding for emergency preparedness and response through both direct grants and pass-through grants from the Tennessee Emergency Management Agency ("TEMA"). These include both the Urban Area Security Initiative ("UASI") and State Homeland Security Program ("SHSP"), which are offered as part of the Homeland Security Grant Program ("HSGP").

**II. Nashville's HSGP Grants**

5. Nashville has participated in the HSGP since approximately 2004.

6. Historically, Nashville applies for District 5's UASI and SHSP grants in the month of July. TEMA usually approves the applications by early August, at which point the county members of District 5 submit individual applications. TEMA generally announces the

final awards to the county members in approximately September or October. The awards historically run from September 1 of the application year through April 30 of the following third year.

7. For FY2023, Nashville received $740,450 in UASI pass-through funding. For FY2024, Nashville received $591,642.71 in UASI pass-through funding. For FY2025, I expect that Nashville will receive $1,425,776.

8. In the past, UASI funding has been used for assorted equipment, including a SPOT robot that can assist with entering dangerous areas and detect HAZMAT and bomb equipment, as well as handheld spectrometers and atmospheric monitors to protect against chemical and biological threats. The funding was also used for crucial training, including structural collapse training. Nashville plans to use FY2025 funds on, for example, a VipIR detector for chemical threat detection, shoring equipment for urban search and rescue, and additional training on structural collapse.

9. For FY2023, Nashville received $288,441 in SHSP pass-through funding. For FY2024, Nashville received $43,470.99. For FY2025, I expect that Nashville will receive $92,820.

10. Nashville has used SHSP funding for assorted equipment, including an emergency shelter system, generator, and portable lighting, to prepare a rapid response for potential disasters. The funds have also been used for crucial training to prepare for such situations. Nashville plans to use FY2025 SHSP funds on, for example, ballistic helmets for active aggressor response as well as water-rescue training.

**III. The FY 2026 HSGP Award**

11. Based on communications from TEMA, Nashville expects that District 5 will receive FY2026 HSGP funds.

12. For FY2026, based on TEMA's communications, I expect that Nashville will receive $897,390 in UASI pass-through funding.

13. Nashville intends to use FY2026 UASI funds to purchase, among other things, an armored vehicle and ballistic vests for its SWAT team; protective gear and bomb-sniffing dogs for its bomb squad; detectors for chemical/biological weapons; infrared technology for heat signatures to help search for people; an advanced cradle for helicopter rescues; and various other gear. Nashville also hopes to use funds for staff training, including a training that teaches high-level emergency skills (e.g., amputations) to a specialized medical team.

14. For FY2026, based on TEMA's communications, I expect that Nashville will receive $427,512.84 in SHSP funding.

15. Nashville intends to use FY2026 SHSP funds, among other things, to purchase X-ray equipment and a PAN (Percussion Actuated Non-electric) disrupter for the bomb squad, equipment to allow tactical members to rappel from a helicopter, and jet skis to allow the marine team to quickly reach areas of the Cumberland River without having to use a larger boat. This equipment is aimed at disrupting a terrorist incident at targets of high interest or responding and recovering from such an event. The Cumberland River runs directly through downtown, where most of our large events are held and where the 2020 Christmas bombing occurred. Additionally, the Cumberland River is part of our critical infrastructure with multiple targets of high interest, any attack on which would cause devasting impacts on Nashville and the surrounding region. Nashville also hopes to use the funds to buy dive equipment and to replace gear that has expired.

16. TEMA has told Nashville that it is encouraging its subrecipients, including Nashville, to have a contingency plan in place and to consider how projects and priorities could be adjusted if the full FY2026 HSGP allocation is not made available.

17. Losing access to twenty percent of anticipated FY2026 HSGP award funding would require Nashville to forgo a significant portion of the equipment and trainings described above that would assist emergency responders in preparing for disasters and threats. Further, not only Nashville would be affected, as the county members of District 5 would have to reconvene to determine how to reallocate reduced funding among themselves. Reconvening would be a time-consuming process that could potentially impact District 5's ability to meet the final submission deadlines for county-specific applications.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September1, 2026

Timothy Henderson
Deputy Director Chief
Nashville Fire Department
Metropolitan Government of Nashville
and Davidson County.