**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;<br><br>*Defendants*. | Case No. 1:26-cv-02886 (AHA) |

**DECLARATION OF ERICA LEE CARTER,**
**COUNTY ADMINISTRATOR FOR HARRIS COUNTY, TEXAS**

I, ERICA LEE CARTER, declare as follows:

## I. Background

1. I currently serve as the County Administrator for Harris County, Texas (the "County"). I have held this position since my appointment by the Harris County Commissioners Court in February 2026. In this role, I lead the Office of County Administration. I oversee various County operations, lead the County's budget process, and implement the County's strategic plan, the purpose of which is to align the County's budget with the Commissioners Court's priorities. I coordinate across County departments to achieve strategic goals, improve operational efficiency, and ensure the effective provision of services to County residents.

2. One component of the Office of County Administration that I oversee is the Grants & Partnerships Division. The division's responsibilities include maximizing the beneficial impact of external grant funding for the County and supporting the County's many departments and offices in seeking out and administering external grant funding, including grant funding from the

federal government.

3. Prior to being unanimously appointed as County Administrator by the Harris County Commissioners Court, I served as a Senior Policy Advisor and later as Policy Director for Harris County Commissioner Rodney Ellis in Harris County Precinct One. Before that, I served the public in the United States House of Representatives as the representative for Texas' 18th congressional district, completing the term of my late mother, Congresswoman Sheila Jackson Lee. My experience spans public service, government administration, budget best practices, and funding mechanisms for major projects, including grants.

4. I hold a Master's degree in Public Policy from Duke University's Sanford School of Public Policy and a Bachelor of Arts degree in Public Policy from The University of North Carolina at Chapel Hill.

5. Given my current responsibilities as County Administrator and my previous experience in Harris County government and in the United States House of Representatives, I am familiar with federal grant programs and how Harris County administers them.

## **II. Harris County's Participation in the Homeland Security Grant Program**

6. Harris County is the nation's third-largest county by population, with over 4.8 million residents as of the last census, or over one in every six residents of the State of Texas. If Harris County were a state, it would be the 25th largest state in the country.

7. It is my understanding that the Homeland Security Grant Program (HSGP) was created by the federal government in 2002, following the September 11th terrorist attacks. Harris County has participated in the HSGP since 2002.

8. The HSGP is funded by the U.S. Department of Homeland Security, and in Texas, those funds flow through the Office of the Governor, Homeland Security Grants Division. The

HSGP includes a suite of risk-based grants to assist state, local, tribal, and territorial efforts in preventing, protecting against, mitigating, responding to, and recovering from acts of terrorism and other threats related to interoperable communications. This grant program provides grantees with the resources required for implementation of the National Preparedness System and working toward the National Preparedness Goal of a secure and resilient nation. HSGP includes the Urban Area Security Initiative (UASI) and the State Homeland Security Program (SHSP).

9. The funding provided to Harris County by the HSGP has a tremendous impact on the County's ability to detect, prevent, mitigate, respond, and recover from terrorist events. The HSGP funds support personnel in the Harris County Judge's Office, planners and coordinators in Harris County's Office of Emergency Management, and a staff member in Harris County's public health department.

10. Based upon financial data available to my office, information provided by other county offices, and information available to the public:

a. Harris County has received approximately $25 million in HSGP funding for fiscal years 2022-2025 through UASI and SHSP.

b. For fiscal year 2022, Harris County received at least $5.9 million in UASI funds and $47,000 in SHSP funds. FY22 funds supported projects that included: improvements to radio communications systems necessary for the preservation of public safety and operational coordination during catastrophic terrorist events; SWAT unit equipment and training, which enhanced the special response team's capacity for coordinated responses to interdict, mitigate, and deter terroristic threats; and equipment for the Harris County Sheriff's Office Marine Unit.

c. For fiscal year 2023, Harris County received at least $6.8 million in UASI funds and $325,000 in SHSP funds. FY23 funds supported projects that included: continued

improvements to the regional radio communications systems and cyber enhancements that received FY22 funding; and the acquisition of hazardous material and bomb unit equipment necessary to prevent and deter terroristic threats.

d. For fiscal year 2024, Harris County has received at least $6.6 million in UASI funds and $292,000 in SHSP funds. FY24 funds supported projects with the County's Fire Marshal's Office, Sheriff's Office, County Judge's Office, Office of Emergency Management, Public Health Services, Universal Services, and County Clerk's Office to protect the County from terrorist events and emergencies. These projects included continued improvements to the communications systems that received FY23 and FY22 funding; support for the County's Accessible Hazards Alert System, which sends accessible alert messages to residents who are deaf, blind, and/or hard of hearing before, during, and in the aftermath of emergencies; hazardous materials equipment and training; SWAT unit equipment; and funding for operations of the Harris County Sheriff's bomb unit and mobile command post (used as an incident command center during emergencies).

e. For fiscal year 2025, Harris County has received at least $5.89 million in UASI and SHSP funds. FY25 funds support projects that include: continued improvements to the communications systems that are essential in maintaining interoperability during terrorist attacks and that received funding in FY22, FY23, and FY24; support for hazmat equipment, the Accessible Hazards Alert System described above, Harris County's Medical Reserve Corps described below, and the Harris County Sheriff's Office bomb and SWAT units; and protective equipment for the County's Special Response Group, which responds on short notice to soft-target and crowded events.

f. For fiscal year 2026, the Harris County Commissioners Court approved the County's submission of applications for up to $8 million in UASI funding and $1.1 million for SHSP funding, to implement projects with the Sheriff's Office, Office of Emergency Management, Fire Marshal's Office, Universal Services, and Public Health Services that would impact Harris County's ability to detect, prevent, mitigate, respond, and recover from terrorist events and other emergencies. For example, this funding would support the regional radio communication system funded during past years.

11. I have reviewed the Department of Homeland Security's Notice of Funding Opportunity (NOFO) for the Fiscal Year 2025 Homeland Security Grant Program. This is a public document accessible on FEMA's website at https://www.fema.gov/sites/default/files/documents/fema_gpd_homeland-security-grant-program-nofo_fy2025.pdf. According to this document, for fiscal year 2025, FEMA allocated $26,233,082 in UASI funding (including state management and administration costs) to the urban area that includes Harris County. The approximately $5.89 million in HSGP funds received by Harris County for fiscal year 2025 therefore represents about 22% of the UASI allocation for the area.

11. I have reviewed the Department of Homeland Security's Notice of Funding Opportunity (NOFO) for the Fiscal Year 2024 Homeland Security Grant Program. This is a public document accessible on FEMA's website at https://www.fema.gov/sites/default/files/documents/fema_fy2024_hsgp_nofo.pdf. According to this document, for fiscal year 2024, FEMA allocated $21,748,776 (including state management and administration costs) in UASI funding to the urban area that includes Harris County. The

approximately $6.6 million in UASI funds received by Harris County for fiscal year 2024 therefore represents about 30% of the allocation for the area.

12. I have reviewed the Department of Homeland Security's Notice of Funding Opportunity (NOFO) for the Fiscal Year 2023 Homeland Security Grant Program. This is a public document accessible on FEMA's website at https://www.fema.gov/grants/preparedness/homeland-security/fy-23-nofo. According to this document, for fiscal year 2023, FEMA allocated $24,231,000.00 in UASI funding (including state management and administration costs) to the urban area that includes Harris County. The approximately $6.8 million in UASI funds received by Harris County for fiscal year 2023 therefore represents about 28% of the allocation for the area.

13. I have reviewed the Department of Homeland Security's Notice of Funding Opportunity (NOFO) for the Fiscal Year 2022 Homeland Security Grant Program. This is a public document accessible on FEMA's website at https://www.fema.gov/grants/preparedness/homeland-security/fy-22-nofo. According to this document, for fiscal year 2022, FEMA allocated $24.6 million in UASI funding (including state management and administration costs) to the urban area encompassing Harris County. The approximately $5.9 million in UASI funds received by Harris County for fiscal year 2022 therefore represents about 24% of the allocation for the area.

14. DHS releases NOFOs for the HSGP several months into the applicable federal fiscal year. For example, DHS released the NOFO for federal fiscal year 2025 (which ran from October 1, 2024 to September 30, 2025) on July 28, 2025; it released the NOFO for federal fiscal year 2024 on April 16, 2024.

15. The Office of the Governor releases notices of funding opportunities for UASI and SHSP several months into the applicable federal fiscal year, but prior to the release of the federal NOFO.

16. Upon approval by the Harris County Commissioners Court, the County submits applications for the UASI and SHSP grant awards. The applications are entered online into the County's grants management system. Upon federal and state approval, a request is submitted to Commissioners Court to accept the awards. Upon final state approval, the awards are certified in the online grants management system.

17. The Houston-Galveston Area Council facilitates SHSP funding, and the Houston Urban Area Working Group facilitates UASI funding.

18. Harris County law enforcement agencies that have received and may receive future UASI and/or SHSP funding include the Sheriff's Office and the Constables' offices.

**III. The FY 2026 HSGP Award**

19. The County applied for Fiscal Year 2026 HSGP funding.

20. The Office of the Governor released a notice of funding opportunity for the Fiscal Year 2026 UASI grant program on March 2, 2026, with an application due date of April 30, 2026. That notice stated that eligible organizations include units of local government.

21. The Office of the Governor released a notice of funding opportunity for the Fiscal Year 2026 State Homeland Security Program – Regular Projects on February 17, 2026, with an application due date of March 16, 2026. That notice stated that eligible organizations include units of local government.

22. Under the FY2026 UASI funding allocation that FEMA has released, the Houston-The Woodlands-Sugar Land, TX urban area would receive, upon final approval from FEMA and the Office of the Governor, $23,347,667. 2026 NOFO at 73.

23. As previously noted, between 2022 and 2025, Harris County has received between approximately 22% and 30% of the UASI funds allocated by FEMA for its area. I am not aware of any reason that FY2026 funds would depart from this recent trend. Applying that metric to the FY2026 UASI allocation for Harris County's urban area, Harris County would likely receive between $5.1 million and $7.0 million for FY2026 UASI. Twenty percent of these amounts are $1.0 million and $1.4 million, respectively.

24. As previously noted, the County's application for FY 2026 HSGP funds encompassed projects involving the Sheriff's Office, Office of Emergency Management, Fire Marshal's Office, Universal Services, and Public Health Services that would impact Harris County's ability to detect, prevent, mitigate, respond, and recover from terrorist events and other emergencies. These projects include improvements to a vital radio communication system that has been consistently funded for many years.

25. Losing access to twenty percent of the County's likely FY 2026 HSGP award—between $1 million and $1.4 million—would prevent the County from carrying out all of these important projects in full.

(*Signature on following page.*)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026.

Erica Lee Carter
County Administrator
Harris County, Texas