**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;

*Defendants*.

Case No. 1:26-cv-02886 (AHA)

**DECLARATION OF CHRISTOPHER LONG
DIRECTOR OF THE DEPARTMENT OF FINANCE AND MANAGEMENT
CITY OF COLUMBUS, OHIO**

I, Christopher Long, declare as follows:

## I. Background

1. This declaration is based on my own personal knowledge, experience, and review of relevant business records and other sources. If I were called to testify as a witness, I could and would testify competently to the truth of the matters discussed in this declaration.

2. I currently serve as Director of the Department of Finance and Management for the City of Columbus. I have held this position since 2025.

3. As a part of my professional responsibilities and training, I have knowledge of and oversee the City of Columbus's annual operating and capital budgets, fiscal guidelines, and Grants Management section, which handles federal grant application, distribution, and management activities. As a part of my educational background, I have a Master of Business Administration in

Finance and a Bachelor of Science in Business Administration in Marketing, both from The Ohio State University.

4. Columbus is located in the State of Ohio and serves approximately 938,396 residents, according to the July 1, 2025 U.S. Census Bureau.[1]

5. The Columbus metropolitan area is home to approximately 2.24 million people[2] and crucial infrastructure such as water plants and dams, major transportation corridors such as Interstate 70 and 71, and The Ohio State University. Columbus is also the capital city for the State of Ohio and home to the Ohio General Assembly, the Ohio Supreme Court, the Ohio Governor's mansion, various state departments and agencies including the Ohio National Guard and the Ohio Emergency Management Agency, including the State's Emergency Operations Center. Columbus hosts very large public events, including football games for The Ohio State University as well as professional sporting events for teams such as the National Hockey League's Columbus Blue Jackets, Major League Soccer's Columbus Crew, and AAA minor league baseball's Columbus Clippers. The City will serve as a host city for the soccer competition portion of the 2028 Olympic and Paralympic Games. It also is home to both John Glenn International Airport as well as Rickenbacker International Airport. In addition, the Columbus metropolitan region is home to the Defense Supply Center Columbus, a vital logistics center providing weapons systems and platform support to U.S. forces and federal agencies across the globe. Finally, the Columbus Metropolitan area is also home to large manufacturing operations including Honda, WorthingtonEnterprises, and Scotts Miracle-Gro.

---

[1] https://www.census.gov/quickfacts/fact/table/columbuscityohio/PST045225
[2] https://fred.stlouisfed.org/series/COLPOP

## II. The City's Homeland Security Grant Program (HSGP) Grants

6. The City has participated in the HSGP since approximately 2012, beginning with money that came from FY2010 Urban Areas Security Initiative ("UASI") grants. Since then, the City has received approximately $1.7 million in both UASI and SHSP funding, including:

a. $115,960 in FY2010 UASI funding in 2012[3];

b. $293,316 in both UASI and SHSP funding that the City received in 2014[4];

c. $202,794 in UASI funding that the City received in 2015[5];

d. Additionally, the City has also directly received FY2022, 2023, and 2024 SHSP funds: For FY2022, the City obtained $185,000,[6] for FY2023, it received $280,026,[7] and in FY2024, it received $91,842.[8]

e. In 2026, the City received $477,318 in FY2024 UASI funds for use by its Fire Department to purchase a bomb detection robot.[9] The Franklin County Sheriff's Office also used federal grant money administered by Franklin County Homeland Security and Emergency Management to purchase a bomb robot in 2023.[10]

7. The City of Columbus is one of 42 entities that make up Franklin County Emergency Management and Homeland Security.[11] According to the United States Census Bureau estimates, as of July 1, 2025, Franklin County had a population of 1,361,536. Of that, 938,396 people reside inside the City itself, making it, by far, the largest subdivision in the

---

[3] Columbus Ordinances 2730-2012, 0494-2013, 1079-2013, and 1111-2013.
[4] Columbus Ordinance 2482-2014.
[5] Columbus Ordinances 0768-2015, 1702-2015, 2079-2015, and 2107-2015.
[6] Columbus Ordinance 2852-2023.
[7] Columbus Ordinance 2803-2024
[8] Columbus Ordinance 0931-2025.
[9] https://crms.franklincountyohio.gov/RMSWeb/pdfs/R19747.pdf
[10] https://www.franklincountyohio.gov/Agency-Directory/Emergency-Management-and-Homeland-Security/About-Us/Annual-Reports#docaccess-6902eabcc2bc9468c49b3134da70e418 at 21.
[11] https://www.franklincountyohio.gov/Agency-Directory/Emergency-Management-and-Homeland-Security/About-Us/Annual-Reports#docaccess-cacb6a20da6823ad28cbf83726f53072 at 6.

County.[12] The purpose of Franklin County Emergency Management and Homeland Security is to coordinate emergency management and disaster preparedness for all 42 local government jurisdictions in Franklin County. Thus, even if the City of Columbus does not directly obtain any money from HSGP grants, because it coordinates with the other 41 local government jurisdictions in the County, the City's residents and Departments still benefit from HSGP funding because other jurisdictions can and will use HSGP investments (such as equipment) to respond to emergency situations inside City limits. This means, for example, that the City of Obetz does not need to purchase a bomb detection robot because the City of Columbus can and will respond to emergencies in that jurisdiction. Similarly, if the City of Dublin or the Franklin County Sheriff has equipment purchased with HSGP grant funds that can respond to an emergency situation in Columbus, they will do so. This allows all of the jurisdictions in Franklin County to avoid purchasing duplicate equipment and to jointly respond to any emergency.

8. During 2025, one of the focuses of Homeland Security and Emergency Management in Franklin County was "supporting planning and security operations for large-crowd and soft-target events throughout the county" including the Arnold Sports Festival, Red White and Boom, and the Columbus Marathon.[13] That focus also includes using UASI funding for events such as game day security operations for football games at The Ohio State University and under-vehicle bomb detection sweeps.[14]

9. Franklin County Emergency Management and Homeland Security has historically also received grant money from SHSP. For example, in 2022, it used $57,957 from FY2018 SHSP money in order to purchase mass fatality/mass care equipment to be used in the City in

---

[12] https://www.census.gov/quickfacts/fact/table/columbuscityohio/PST045225

[13] https://www.franklincountyohio.gov/Agency-Directory/Emergency-Management-and-Homeland-Security/About-Us/Annual-Reports#docaccess-cacb6a20da6823ad28cbf83726f53072 at 12.

[14] *Id.*

case of a Mass Chemical, Biological, Radiological, Nuclear, or Explosive event.[15] It also used $374,153.38 in FY2019 SHSP money to purchase Median Barriers to close roads during large crowd events and $253,537.36 in FY2018 SHSP money for Citizen Aid Kits containing emergency supply kits including tourniquets and gauze.[16] At that same time, the region used $33,648 in FY2018 SHSP money to purchase roadside emergency message boards that can be used in any of the counties in the Central Ohio region.[17]

10. In 2019, Franklin County Emergency Management and Homeland Security administered $647,564 in FY2019 SHSP grant money for Franklin County using the money on equipment, training, and planning.[18]

11. In 2018, Franklin County Emergency Management and Homeland Security administered $681,258.37 in FY2018 SHSP grant money for the Central Region Fatality Management Plan Workshop and Tabletop Exercise. This project resulted in planning, coordination, and lessons learned to address any gaps in the Central Region Fatality Management Plan which was created utilizing FY2017 SHSP Regional Grant funds.[19]

12. In 2017, Franklin County Emergency Management and Homeland Security administered $710,584.67 in SHSP funding in order to fund equipment and projects benefited the region including the Central Region Fatality Management Services Response Plan which will provide an effective strategy to respond and recover from a mass fatality event.[20]

---

[15] https://www.franklincountyohio.gov/Agency-Directory/Emergency-Management-and-Homeland-Security/About-Us/Annual-Reports#docaccess-7bf89c2d96eee1ff2ed53758d41b0564 at 17.
[16] *Id* at 16.
[17] *Id.* at 17.
[18] https://www.franklincountyohio.gov/Agency-Directory/Emergency-Management-and-Homeland-Security/About-Us/Annual-Reports#docaccess-b3af0eac7459562ffc93605feeed141f at 18.
[19] https://www.franklincountyohio.gov/Agency-Directory/Emergency-Management-and-Homeland-Security/About-Us/Annual-Reports#docaccess-d177ccb0c0fe2bce1fc023f2a964d259 at 17.
[20] https://www.franklincountyohio.gov/Agency-Directory/Emergency-Management-and-Homeland-Security/About-Us/Annual-Reports#docaccess-5013da9cb484f64cecfd599a99440a5d at 17.

13. As noted above, not all of the funding that Franklin County Emergency Management and Homeland Security obtained from the U.S. Department of Homeland Security (DHS) is directly given to the City; however, that funding is used by all jurisdictions participating in Franklin County Emergency Management and Homeland Security to purchase equipment and train individuals who are available to respond to any homeland security disaster that occurs inside City limits. As a result, any cut in funding to Franklin County Emergency Management and Homeland Security directly and negatively impacts the City and its ability to respond.

14. With the HSGP funding that the City has received directly, it has purchased a bomb robot, personal protective equipment such as hazmat suits and air tanks, radio frequency drone detection sensors, handheld infrared chemical identification systems, mass spectrometer chemical detection systems, and video monitoring equipment for its helicopter fleet.

15. The State of Ohio, through the Ohio Emergency Management Agency, applies directly to DHS for HSGP funding. That funding goes to the Ohio Emergency Management Agency who then distributes it to various regional partners including Franklin County Emergency Management and Homeland Security.

## III. The FY2026 HSGP Award

16. According to the FY2026 Notice of Funding Opportunity for the Homeland Security Grant Program, DHS has allocated $3,662,688 in UASI funds to the Columbus urban area. NOFO at 72.[21] For FY2025, Defendants allocated $4,062,892 in UASI funds to the

---

[21] https://www.fema.gov/sites/default/files/documents/fema_gpd_hsgp-nofo-fy2026_0.pdf

Columbus urban area, 2025 NOFO at 56,[22] and for FY2024, they allocated $1,346,340. 2024 NOFO at 16.[23]

17. The City understands that DHS issued a FY 2026 NOFO for the State of Ohio to apply for HSGP funding and included a "FY 2026 UASI Allocation" of $3,662,688 in UASI funds for the Columbus urban area.

18. Franklin County Emergency Management and Homeland Security will be informed about the preferences the federal government has set for the use of those funds. Once Franklin County Emergency Management and Homeland Security learns of the preferences for use of the UASI grant money, it will review which of its partners have the best possible candidate for use of that money. The agency would need to have the capacity and infrastructure to support the use.

19. Twenty percent of the $3,662,688 in FY 2026 UASI award that DHS has allocated for the Columbus urban area is $732,537.60.

20. The City of Columbus's budget is tight, and the City hopes the region can receive its full allotment in FY2026 HSGP funds. A 20 percent or greater withholding of FY2026 UASI funds would deprive the City and region of critical antiterrorism funding allocated to the Columbus area and negatively impact the services and public safety measures that Columbus could fund.

21. I understand that the City could use equipment that can best be obtained through federal grants such as the HSGP grant program, including purchasing a radio tower to place near the City's main drinking water source in order to provide coverage for the City's Emergency

[22] https://www.fema.gov/sites/default/files/documents/fema_gpd_homeland-security-grant-program-nofo_fy2025.pdf
[23] https://www.fema.gov/sites/default/files/documents/fema_fy2024_hsgp_nofo.pdf

Responders or anti-drone technology that would allow first responders to protect mass gathering events such as football games or other sporting events that will take place in the City.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026.

/s/

Christoper Long

Director of the Department of Finance and Management

City of Columbus, Ohio