**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;<br><br>*Defendants*. | Case No. 1:26-cv-02886 (AHA) |

**DECLARATION OF ANNETTE RAMIREZ,**
**TAX ASSESSOR-COLLECTOR & VOTER REGISTRAR**
**FOR HARRIS COUNTY, TEXAS**

I, Annette Ramirez, declare as follows:

## I. Background

1. I currently serve as Tax Assessor-Collector & Voter Registrar for Harris County, Texas (the "County"). I have held this position since 2025. I previously served as an attorney for a school district located in Harris County.

2. As Voter Registrar, I lead Harris County's Voter Registration Department and oversee the voter registration process in the County. That process is governed by various provisions of Texas law, including Chapters 11 through 16 of the Texas Election Code.

3. Harris County is the nation's third-largest county by population, with over 4.8 million residents as of the last census, or over one in every six residents of the State of Texas. As of July 29, 2026, the County has 2,748,714 registered voters.

**II. The Election Conditions and County Practices**

4. I am aware that the Fiscal Year 2026 Homeland Security Grant Program ("HSGP") Notice of Funding Opportunity ("NOFO") and related FEMA guidance contain five new Election Conditions with which the County will need to comply in order to receive all of its HSGP funding.

5. I understand that some of these conditions involve the use of the Systematic Alien Verification for Entitlements ("SAVE") system and/or the submission of information to the United States Citizenship and Immigration Services ("USCIS").

6. My office (the Harris County Tax Assessor-Collector and Voter Registrar's Office, or "HCTO") does not have access to the SAVE system, nor does HCTO use the SAVE system to verify the citizenship status of registered voters.

7. HCTO also does not submit information to USCIS for an immigration records search, as the NOFO would require.

8. To comply with the new conditions in the NOFO, HCTO would need to rely on the Texas Secretary of State's Office ("SOS") to use the SAVE system or submit information to USCIS. HCTO does not have any control over (1) whether the SOS would conduct the required searches or (2) the timing of any searches the SOS might conduct. HCTO could not guarantee that the required searches would be conducted, nor could it guarantee that any searches that were conducted would be completed in a timely manner. HCTO would have no control over activities that would be required for Harris County to receive the full amount of HSGP funding.

9. Moreover, the SOS told HCTO that matches SOS receives from SAVE should be considered "weak" matches. In this context, a "match" means that the SAVE system has in some way indicated that a person is potentially a non-citizen. Describing SAVE system matches as "weak" means that HCTO is required to investigate whether or not a person on the SAVE list

should be sent a notice asking them to establish their citizenship. That means that HCTO would need to individually verify the citizenship status of any matches that may come from the SOS, in accordance with the Texas Election Code.

10. HCTO follows the process contained in Chapter 16 of the Texas Election Code that governs cancellation of a voter's registration and a voter's right to challenge the cancellation.

11. HCTO does not know the number of individuals who could be on a list supplied to it by the SOS if the SAVE system were to produce matches for registered voters. HCTO therefore cannot appropriately prepare to perform required investigative duties arising from the receipt of such a list. Additionally, HCTO does not have access to necessary data from Texas' Department of Motor Vehicles to make or review citizenship determinations. HCTO would not be able to anticipate workload nor would it be able to anticipate the resources that would be necessary to perform investigations on an unknown number of registrants in a short 120-day period. If the number of potential non-citizens is sufficiently large, HCTO would be required to pull personnel away from other statutory duties in order to meet the demands of the grant condition.

*(Signature on following page.)*

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 1, 2026.

Annette Ramirez
Tax Assessor-Collector & Voter Registrar
Harris County, Texas