**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;

*Defendants*.

Case No. 1:26-cv-02886 (AHA)

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**; and

**ORDERED**, pursuant to 5 U.S.C. § 706(2) and 28 U.S.C. § 2201, that the Election Administration Conditions are **DECLARED** unlawful and **SET ASIDE AND VACATED**.

*/s/*
Amir H. Ali
U.S. District Court Judge