**BOARD OF PROFESSIONAL RESPONSIBILITY**
of the
**SUPREME COURT OF TENNESSEE**

10 CADILLAC DRIVE, SUITE 220
BRENTWOOD, TENNESSEE 37027
(615) 361-7500
(800) 486-5714
FAX: (615) 367-2480
www.tbpr.org

SANDY L. GARRETT
CHIEF DISCIPLINARY COUNSEL
STEVEN J. CHRISTOPHER
DEPUTY CHIEF DISCIPLINARY COUNSEL INVESTIGATIONS
A. RUSSELL WILLIS
DEPUTY CHIEF DISCIPLINARY COUNSEL LITIGATION
LAURA L. CHASTAIN
ETHICS COUNSEL
BEVERLY P. SHARPE
DIRECTOR OF CONSUMER ASSISTANCE

DOUGLAS R. BERGERON
R. DAVISON DOUGLAS
ERIC A. FULLER
JOHN E. GILLILAND
KATHERINE B. MELBY
MAUREEN F. HUGHES
HEATHER D. PIPER
EILEEN BURKHALTER SMITH
TIFFANY D. TANT-SHAFER
DISCIPLINARY COUNSEL

August 17, 2026

John Kelley Whitaker
3806 Baxter Ave
Nashville, TN 37216-2622

Re: John Kelley Whitaker
BPR No. 039207

TO WHOM IT MAY CONCERN:

On December 18, 1975, the Tennessee Supreme Court established the Board of Professional Responsibility of the Supreme Court of Tennessee to supervise the conduct of attorneys licensed to practice law in this state.

The records of the Board of Professional Responsibility indicate that the attorney referenced above was licensed in Tennessee to practice law and sworn in on 10/7/2021. The attorney's license is currently Active and is in good standing.

Sincerely,

*Molly Leins*

Molly Leins
Registration Director

ML/np