**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE; et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY; et al.<br><br>*Defendants*. | Case No. 1:26-cv-02886 |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for *pro hac vice* admission of Jason G. Schuette, it is hereby **ORDERED** that the motion is **GRANTED** and Jason G. Schuette is admitted *pro hac vice* to appear and participate fully in the above-captioned case.

______________________________
Amir H. Ali
U.S. District Judge