**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE; et al.;

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.

*Defendants*.

Case No. 1:26-cv-02886

**MOTION FOR *PRO HAC VICE* ADMISSION OF TODD A. CLARK AS COUNSEL FOR PLAINTIFF TRAVIS COUNTY**

Pursuant to Local Civil Rule 83.2(c), Plaintiffs hereby move for the admission *pro hac vice* of Todd A. Clark as counsel for Plaintiff Travis County, in the above-captioned action. A declaration from Todd A. Clark, a certificate of good standing from the State Bar of Texas, and a proposed order are filed herewith.

Undersigned counsel is an active and sponsoring member of the Bar of this Court and supports Mr. Clark's admission.

September 11, 2026

Respectfully submitted,

*/s/ Daniel F. Jacobson*
Daniel F. Jacobson (DC Bar No. 1016621)
Jacobson Lawyers Group PLLC
5100 Wisconsin Ave N.W., Suite 301

Washington, DC 20016
(301) 823-1148
dan@jacobsonlawyersgroup.com

*Counsel for Plaintiffs*