**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE; et al.;

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY; et al.

*Defendants*.

Case No. 1:26-cv-02886

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' motion for *pro hac vice* admission of Todd A. Clark, it is hereby **ORDERED** that the motion is **GRANTED** and Todd A. Clark is admitted *pro hac vice* to appear and participate fully in the above-captioned case.

Amir H. Ali
U.S. District Judge