AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Metro. Gov't of Nashville and Davidson Cnty., et al.
*Plaintiff*
v.
U.S. Department of Homeland Security, et al.
*Defendant*

Case No. 26-cv-02886

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Metro. Gov't of Nashville & Davidson Cnty.; Harris Cnty, Texas; Columbus, Ohio; El Paso Cnty., Texas .

Date: 09/11/2026

/s/ Joshua Karsh
*Attorney's signature*

Joshua Karsh (IL Bar No. 6203096)*
*Printed name and bar number*

Public Rights Project
490 43rd Street, Unit #115
Oakland, CA 94609
* Not admitted in CA
*Address*

joshua.karsh@publicrightsproject.org
*E-mail address*

(510) 738-6788
*Telephone number*

*FAX number*

Print Save As... Reset