AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

| | | |
|---|---|---|
| METROPOLITAN GOV'T OF NASHVILLE, et al., *Plaintiffs,* | ) | |
| v. | ) | Case No. 1:26-CV-02886 (AHA) |
| U.S. DEPT. OF HOMELAND SECURITY, et al. *Defendants.* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record.

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Dallas County, Texas. .

Date: 14 SEP 2026

/ / J Schuette
*Attorney's signature*

Jason G. Schuette, 17827020
*Printed name and bar number*

Records Building
500 Elm Street, Suite 6300
Dallas, TX 75202
*Address*

jason.schuette@dallascounty.org
*E-mail address*

(214) 653-7358
*Telephone number*

(214) 653-6134
*FAX number*