**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al*.<br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>*Defendants*. | No. 1:26-cv-02886-AHA |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment Briefing, ECF No. 21, and Defendants' Cross-Motion for Partial Summary Judgment, it is hereby

ORDERED that Plaintiffs' Motion is DENIED; and it is further

ORDERED that Defendants' Cross-motion is GRANTED.

/s/
Hon. Amir H. Ali
U.S. District Court Judge