**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al.*;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*;<br><br>*Defendants*. | No. 1:26-cv-02886-AHA |

**DEFENDANTS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR CROSS-MOTION FOR PARTIAL SUMMARY JUDGMENT**

Pursuant to Local Civil Rule 7(h), Defendants U.S. Department of Homeland Security, *et al*., respectfully submit the following Statement of Material Facts as to which there is no genuine dispute in support of their Cross-Motion for Partial Summary Judgment on Counts I-IV, VI, and VII raised in Plaintiffs' Amended Complaint, ECF No. 26.

1. Following the September 11, 2001 terrorist attacks, Congress established the Department of Homeland Security ("DHS") to reduce America's vulnerability to terrorist attacks and other catastrophic events, and to help communities recover from the same. Homeland Security Act of 2002, Pub. L. No. 107-296 tit. I, § 101(b), 116 Stat. 2135, 2142 (2002).
2. The Homeland Security Grant Program ("HSGP") is "part of a comprehensive set of measures authorized by Congress and implemented by [DHS/the Federal Emergency Management Agency ("FEMA")]" to assist state, local, tribal and territorial emergency management agencies to implement the National Preparedness System and the National

Preparedness Goal ("NPG") of a "secure and resilient nation." Ex. 1, FY 2026 HSGP NOFO at 9-11.

3. HSGP includes three key grant subprograms: the State Homeland Security Grant Program ("SHSP"), the Urban Area Security Initiative ("UASI"), and Operation Stonegarden ("OPSG"). Ex. 1, FY 2026 HSGP NOFO at 4, 9-10.

4. When FEMA offers a state an HSGP award and the state accepts, awarded funds are provided to the State Administrative Agency ("SAA"), which then manages and distributes "pass-through funds" to its "subrecipient" jurisdictions, like Plaintiffs, via subawards. Ex. 1, FY 2026 HSGP NOFO at 5.

5. A state must pass at least 80% of its awarded SHSP funds to local and tribal governments within 45 days of the state accepting its award and receiving the funds. 6 U.S.C. § 605(c)(1).

6. If FEMA approves a UASI application, FEMA shall distribute grant funds to the state and, not later than 45 days after the date that a state receives UASI funds, the state shall provide the high-risk urban area awarded that grant not less than 80% of the grant (with any withheld funds spent by the state on items/services/activities that benefit that high-risk urban area). 6 U.S.C. § 604 § (d)(1)-(2).

7. Under OPSG, FEMA distributes grant funding to states, who then make subgrants to "county-level or equivalent governments and federally recognized tribal governments in states bordering Canada or Mexico," or "with international water borders," and who "have active U.S. Border Patrol operations coordinated with" U.S. Customs and Border Protection. Ex. 1, FY26 HSGP NOFO at 5.

8. Through SHSP and UASI, "HSGP supports the development and sustainment of core

capabilities essential to achieving the [NPG]: 'A secure and resilient nation.'" Ex. 1, FY26 HSGP NOFO at 11. To ensure strategic focus on that goal, DHS has identified five National Priority Areas ("NPAs") that reflect the evolving risk landscape and national policy objectives. *Id*.

9. The required NPAs for FY 2026 SHSP and UASI funds are: (1) enhancing the protection of soft targets and crowded places, including faith-based organizations and election sites; (2) supporting Homeland Security Task Forces and fusion centers; (3) enhancing and integrating cybersecurity resiliency; (4) enhancing election security; and (5) supporting border crisis response and enforcement. Ex. 1, FY26 HSGP NOFO at 11. Recipients must allocate at least 30% of their SHSP and UASI funds to the five NPAs. *Id*.

10. Of the 30%, a minimum of 3% of a jurisdiction's total SHSP and UASI funds must be spent on enhancing election security, and a minimum of 10% of a jurisdiction's total SHSP and UASI funds must be spent on supporting border crisis response and enforcement. Ex. 1, FY26 HSGP NOFO at 11.

11. On January 6, 2017, Secretary of Homeland Security Jeh Johnson designated U.S. election systems as part of the Nation's critical infrastructure, including "storage facilities, polling places, and centralized vote tabulations locations used to support the election process, and information and communications technology to include voter registration databases, voting machines, and other systems to manage the election process and report and display results on behalf of state and local governments." *Statement by Secretary Jeh Johnson on the Designation of Election Infrastructure as a Critical Infrastructure Subsector*, January 6, 2017 https://www.dhs.gov/archive/news/2017/01/06/statement-secretary-johnson-designation-

election-infrastructure-critical. "This designation recognizes that the United States' election infrastructure is of such vital importance to the American way of life that its incapacitation or destruction would have a devastating effect on the country." Ex. 1, FY26 HSGP NOFO at 11.

12. The Cybersecurity and Infrastructure Security Agency ("CISA") issued an Election Report on July 13, 2026 outlining threats to state, local, tribal, and territorial election systems, and recommending certain steps be taken in response to identified system vulnerabilities. Ex. 5, CISA 2026 Election Report.

13. FEMA has designated election security as a stand-alone NPA since fiscal year 2022, *see* Fiscal Year 2022 Homeland Security Grant Program Notice of Funding Opportunity, https://www.fema.gov/grants/preparedness/homeland-security/fy-22-nofo; and has required HSGP recipients to devote at least 3% of awarded UASI and SHSP funds to this priority since fiscal year 2023, *see, e.g.*, Fiscal Year 2023 Homeland Security Grant Program Notice of Funding Opportunity at 47, https://www.fema.gov/grants/preparedness/homeland-security/fy-23-nofo; Fiscal Year 2024 Homeland Security Grant Program Notice of Funding Opportunity at 27–28, 33, https://www.fema.gov/grants/preparedness/homeland-security/fy-24-nofo.

14. On June 24, 2026, FEMA issued the Fiscal Year 2026 HSGP Notice of Funding Opportunity ("FY26 HSGP NOFO"), setting forth conditions for FY2026 HSGP awards, including the Election Security Conditions.

15. The FY26 NOFO outlines that, because securing election infrastructure, ensuring its continued operation in the face of threats and harassment, advancing the safety of election officials, and protecting against foreign interference are national security

priorities, each state and high-risk urban area must dedicate at least 3% of its SHSP and UASI award to eligible election security investments that support physical and/or cyber election security. Ex. 1, FY26 HSGP NOFO at 15.

16. On August 10, 2026, FEMA issued Grants Program Directorate Information Bulletin No. 580 ("Aug. 10 FY26 Election Security Guidance") to provide additional clarity as to the Election Security Requirements in the FY26 HSGP NOFO.

17. To strengthen the integrity of U.S. elections, each state must submit evidence of compliance with the following five election security requirements: (1) submit a plan for transitioning from electronic voting systems that utilize barcodes or QR codes to count votes to equipment that accepts hand-marked paper ballots; (2) conduct a post-election 5% manual audit of paper ballots and compare it to electronic voting system results to ensure that electronic voting systems accurately count votes; (3) confirm that the number of voters who voted in each federal election matches the number of ballots cast, using the methodology established by the Secretary; (4) utilize the U.S. Citizenship and Immigration Services' ("USCIS") Systematic Alien Verification for Entitlements ("SAVE") system or another authorized government system to verify the citizenship of all individuals in the state voter registration database within 120 days of accepting the grant award—the state's chief election official must take timely corrective action, consistent with applicable law, to remove verified non-U.S. citizens from the database; (5) utilize the SAVE system or another authorized government system to verify U.S. citizenship of any person working at a polling place in any capacity, or operating any election system in the jurisdiction. Ex. 2, August 10 FY26 Election Security Guidance at 1-6.

18. To the extent that the functionality of the SAVE system has been impacted by the June 22, 2026 order in the *League of Women Voters v. U.S. Dep't of Homeland Sec.*, No. 25-3501, 2026 WL 1784297, at *1 (D.D.C. June 22, 2026) while on appeal, for any person who is registered to vote but for whom a state does not have records of citizenship, the state may resolve this uncertainty by submitting relevant information to USCIS for an immigration records search consistent with the requirements of 8 U.S.C. § 1373. Ex. 2, August 10 FY26 Election Security Guidance at 2 n.1.

19. FEMA will withhold from drawdown an amount equal to 20% of a recipient state's total HSGP award (including awards under SHSP, UASI, and OPSG) until the state submits proof of compliance with the FY26 Election Security Requirements and DHS verifies that proof. Ex. 2, August 10 FY26 Election Security Guidance at 2. Upon verification of compliance, FEMA will notify the state and release the withheld funding for drawdown in accordance with applicable grant administration requirements. *Id.*

Dated: September 14, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH BORSON
Assistant Branch Director
Federal Programs Branch

/s/ *Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, DC 20005
Telephone: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

*Attorneys for Defendants*