AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| Metro. Gov't of Nashville and Davidson Cty., et al.<br>*Plaintiff* | ) | |
| v. | ) | Case No. 1:26-cv-02886-AHA |
| U.S. Department of Homeland Security, et al.<br>*Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Travis County, Texas .

Date: 09/15/2026

/s/ Todd A. Clark
*Attorney's signature*

Todd A. Clark; Texas Bar No. 04298850
*Printed name and bar number*

County Attorney, Travis County
P. O. Box 1748
Austin, Texas 78767
*Address*

todd.clark@traviscountytx.gov
*E-mail address*

(512) 854-9513
*Telephone number*

(512) 854-4808
*FAX number*