AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Columbia

Metropolitan Gov't of Nashville & Davidson Cty., et al.
*Plaintiff*
v.
U.S. Department of Homeland Security, et al.
*Defendant*

Case No. 26-02886

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Metropolitan Government of Nashville & Davidson County, Tennessee .

Date: 09/16/2026

/s/ John K. Whitaker
*Attorney's signature*

John K. Whitaker TN #039207
admitted pro hac vice
*Printed name and bar number*

Metropolitan Gov't of Nashville & Davidson Cty.
108 Metropolitan Courthouse
Nashville, TN 37219
*Address*

john.whitaker@nashville.gov
*E-mail address*

(615) 880-9767
*Telephone number*

(615) 862-6352
*FAX number*