**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;<br><br>*Defendants*. | Case No. 1:26-cv-02886 (AHA) |

# [PROPOSED] ORDER

Upon consideration of Plaintiffs' Motion for Partial Summary Judgment and Defendants' Motion for Partial Summary Judgment, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**;

**ORDERED** that Defendants' Motion is **DENIED**; and

**ORDERED**, pursuant to 5 U.S.C. § 706(2) and 28 U.S.C. § 2201, that the Election Administration Conditions are **DECLARED** unlawful and **SET ASIDE AND VACATED**.

/s/
Amir H. Ali
U.S. District Court Judge