**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | Civil Action No. 26-02886 (AHA) |

**<u>Order</u>**

For the reasons stated in the accompanying memorandum opinion, Plaintiffs' motion for partial summary judgment, ECF No. 28, is granted as to count one and denied as to counts two, three, four, six, and seven. Defendants' cross-motion for summary judgment, ECF No. 36, is granted as to count seven and denied as to counts one, two, three, four, and six. Counts two, three, four, five, and six are dismissed without prejudice. It is hereby ordered:

- The election administration conditions and 20% holdback requirement on pages 15–16 of the Department of Homeland Security's Notice of Funding Opportunity (NOFO): Fiscal Year 2026 Homeland Security Grant Program, ECF No. 28-10 at 19–20; and FEMA's August 10, 2026, implementing guidance memorandum, ECF No. 28-10 at 104–09, are vacated.

The Clerk of Court is directed to close the case.

AMIR H. ALI
United States District Judge

Date: September 28, 2026