**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTIES, TENNESSEE, *et al.*,<br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>*Defendants*. | No. 1:26-cv-02886-AHA<br><br>Hon. Amir H. Ali |

**NOTICE OF APPEAL**

All Defendants in this action—the U.S. Department of Homeland Security; the Federal Emergency Management Agency; Markwayne Mullin, in his official capacity as secretary of the U.S. Department of Homeland Security; Cameron Hamilton, in his official capacity as the FEMA administrator—respectfully provide notice that they hereby appeal to the United States Court of Appeals for the D.C. Circuit the Court's September 28, 2026 Order, ECF No. 43, which vacated the Election Security Conditions and 20% holdback requirement on pages 15-16 of the Department of Homeland Security's Fiscal Year 2026 Notice of Funding Opportunity.

Dated: October 22, 2026

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General
Civil Division

JOSEPH E. BORSON

Assistant Director
Federal Programs Branch

*/s/ Alexandra L. Yeatts*
ALEXANDRA L. YEATTS (CA Bar No. 358762)
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
1100 L Street, N.W.
Washington, D.C. 20005
Tel: (202) 353-5677
Email: Alexandra.Yeatts@usdoj.gov

*Counsel for Defendants*