**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al*.<br>*Plaintiffs*,<br><br>v.<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, *et al*.,<br><br>*Defendants*. | No. 1:26-cv-02886-AHA |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Stay Pending Appeal, it is hereby

ORDERED that Defendants' motion is GRANTED, and the Court's Order vacating the Election Security Conditions and 20% holdback requirement on pages 15-16 of the Department of Homeland Security's Fiscal Year 2026 Notice of Funding Opportunity, ECF No. 43, is stayed pending appeal.

/s/
Amir Ali
U.S. District Court Judge