# Exhibit A

FEMA

U.S. Department of Homeland Security
Washington, DC 20472

**Grant Programs Directorate Information Bulletin**
**No. 587**
**October 7, 2026**

MEMORANDUM FOR: All State Administrative Agencies
All State Homeland Security Directors
All State Administrative Agency Points of Contact
All Urban Area Security Initiative Points of Contact
FEMA Regional Administrators

FROM: Jonathon Myers
Acting Associate Administrator for Resilience

SUBJECT: **Compliance with Court Order in Metropolitan Government of Nashville and Davidson County, Tennessee, et al. v. U.S. Department of Homeland Security, et al., No. 26-02886 (D. D.C.) – Amendment of Fiscal Year 2026 Homeland Security Grant Program Awards**

---

## I. Purpose and Applicability

This Information Bulletin notifies Fiscal Year 2026 Homeland Security Grant Program (HSGP) recipients that FEMA is amending awards to comply with the U.S. District Court for the District of Columbia's Summary Judgment Order issued on September 28, 2026, in *Metropolitan Government of Nashville and Davidson County, Tennessee, et al. v. U.S. Department of Homeland Security, et al.*, No. 26-02886 (D. D.C.).

## II. Background

On September 28, 2026, the U.S. District Court for the District of Columbia issued the Order included in Appendix A that vacates the election administration conditions and 20% holdback requirements in the Fiscal Year 2026 HSGP Notice of Funding Opportunity and implementation guidance memorandum issued on August 10, 2026. In full, the Notice of Funding Opportunity lists the following election administration conditions:

- Submit a transition plan: Submit a plan for transitioning from electronic voting systems that utilize bar codes or QR codes to count votes to equipment that accepts hand-marked paper ballots. The plan, for all jurisdictions currently using such systems, must include a timeline and, if necessary, a funding request to eliminate ballot marking devices and utilize hand-marked paper ballots.

- Post-election manual audit: Demonstrate proof of compliance with a post-election 5% manual audit, conducted according to the guidelines established by the Secretary, to ensure that electronic voting systems accurately count votes.
- Voter/ballot reconciliation: Ensure that each election jurisdiction reconciles the number of voters who voted in each federal election to the number of ballots cast, using the methodology established by the Secretary.
- Voter roll citizenship verification: Utilize the U.S. Citizenship and Immigration Services' Systematic Alien Verification for Entitlements (SAVE) system to verify the citizenship of all individuals in the state voter registration database within 120 days of accepting the grant award[]. To mitigate operational vulnerabilities exploitable by terrorist or foreign actors and advance HSGP counterterrorism objectives, the State's chief election official must take timely corrective action, consistent with applicable law, to remove verified non-U.S. citizens from the database.
- Election worker citizenship verification: Utilize the SAVE system, or another authorized government system, to verify U.S. citizenship for any person working at a polling place in any capacity, or operating any election system in the jurisdiction, including temporary agency workers and vendors who work on or with election systems. To prevent sabotage, infiltration, or foreign interference, the State's chief election official must ensure verified non-U.S. citizens are prohibited from operating election systems or working at polling places, consistent with applicable law, thereby hardening critical infrastructure under HSGP.

## III. Grant Award Amendments

Effective immediately and as required by the Court's Order issued September 28, 2026, FEMA is amending all Fiscal Year 2026 Homeland Security Grant Program awards by rescinding the following terms and conditions:

- The election administration conditions and 20% holdback requirements on pages 15-16 of the FY 2026 HSGP Notice of Funding Opportunity;
- Information Bulletin Number 580: *Fiscal Year 2026 Election Security Guidance*, issued August 10, 2026;
- The "Election Security Compliance Withold" Agreement Article.

Additionally, FEMA is amending the Agreement Article titled "Pass-Through of Funds to Local and Tribal Governments" in compliance with the Court's Order as follows:

> *As required by 6 U.S.C. § 605(c) for SHSP and 6 U.S.C. § 604(d) for UASI, the recipient must make available to local and tribal governments not less than 80 percent of the SHSP and UASI funds awarded under this award, within 45 days. The recipient may satisfy this requirement with funds or, with the consent of those governments, with items, services, or activities of equivalent value. This requirement applies to SHSP and UASI funds only and does not apply to OPSG funds. The 45-day period runs separately for each amount of SHSP and UASI funding that becomes available to the recipient. For funds available at the time of award, the period begins on the date the recipient receives the funds. For amounts allocated to projects subject to a programmatic hold, the funds are not available*

*at the time of award and the period does not begin for those funds until FEMA notifies the recipient in writing that the hold has been released or that the project has been approved, beginning instead on the date of that written notice. A hold on one amount does not suspend the period for any other amount, and funds available at the time of award must still be passed through within 45 days of receipt. For each such period, the recipient must pass through not less than 80 percent of the SHSP and UASI funds that became available at the beginning of that period. Meeting this obligation in each period satisfies the 80 percent requirement for the award as a whole. An amount subject to a programmatic hold is released only when every applicable hold has been lifted, and its 45-day period begins on the date of the last written release notice. The recipient must certify to the  that the required distribution has been made, as required by 6 U.S.C. §§ 605(c)(2) and604(d)(4). A separate certification is required for each period, and each certification must identify the date the period began, the amount that became available, the amount passed through, and the local and tribal governments to which it was made available. FEMA records the release date of each amount in FEMA GO. This condition does not extend the period of performance. Where a programmatic hold materially compresses the time available to the recipient, the recipient may request an extension of the period of performance in accordance with the Preparedness Grants Manual. This condition does not limit the authority of the Governor to request in writing that the Administrator extend the 45-day period under 6 U.S.C. § 605(c)(3), or the right of a local or tribal government to petition the Administrator under 6 U.S.C. § 605(c)(5).*

These amendments do not apply to any other aspect of the FY 2026 HSGP Notice of Funding Opportunity, including other election-related components, such as the requirement to spend at least 3% of grant funds on investments into physical and cyber election security. If the Court's order is vacated or extinguished, the election administration conditions and 20% holdback will immediately become effective.

FEMA will confirm these amendments in the award file for each impacted award in the FEMA GO system.

**Appendix A: U.S. District Court for the District of Columbia, September 28, 2026, Court Order**

Case 1:26-cv-02886-AHA Document 43 Filed 09/28/2026

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, *et al.*,

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

*Defendants*.

Civil Action No. 26-02886 (AHA)

**Order**

For the reasons stated in the accompanying memorandum opinion, Plaintiffs' motion for partial summary judgment, ECF No. 28, is granted as to count one and denied as to counts two, three, four, six, and seven. Defendants' cross-motion for summary judgment, ECF No. 36, is granted as to count seven and denied as to counts one, two, three, four, and six. Counts two, three, four, five, and six are dismissed without prejudice. It is hereby ordered:

- The election administration conditions and 20% holdback requirement on pages 15–16 of the Department of Homeland Security's Notice of Funding Opportunity (NOFO): Fiscal Year 2026 Homeland Security Grant Program, ECF No. 28-10 at 19–20; and FEMA's August 10, 2026, implementing guidance memorandum, ECF

No. 28-10 at 104–09, are vacated.

The Clerk of Court is directed to close the case.

AMIR H. ALI
United States District Judge

Date: September 28, 2026