**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

METROPOLITAN GOVERNMENT OF NASHVILLE AND DAVIDSON COUNTY, TENNESSEE, et al.;

*Plaintiffs*,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, et al.;

*Defendants*.

Case No. 1:26-cv-02886 (AHA)

**[PROPOSED] ORDER**

Upon consideration of Defendants' Motion for Stay Pending Appeal, it is hereby

**ORDERED** that Defendants' Motion is **DENIED**.

*/s/*
Amir H. Ali
U.S. District Court Judge